**Order entered January 28, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00821-CR

**BRENDA DELGADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76401-W**

## ORDER

On January 23, 2020, appellant filed his brief. Attached to the one-hundred page brief is a 97-page appendix. Included in the appendix is a portion of the reporter's record from a separate trial which does not appear to have been introduced into evidence during this trial nor was it part of the clerk's record in this case. Thus, it is not properly before the Court and should not be included as an appendix to the brief.

The appendix and brief were filed as one document, and the Court cannot alter an electronically filed document. Therefore, we **STRIKE** appellant's brief. We **ORDER** appellant to file an amended brief within **TEN DAYS** of the date of this order. Because criminal briefs are not required to contain an appendix, *see* TEX. R. APP. P. 38.1(k), we decline to order that appellant refile an appendix with his amended brief. However, if appellant wishes to refile the

appendix, he must do so without including documents that were not before the trial court and are not part of the appellate record in this case.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE